# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALBERT GUNNARD LINNE, Defendant. | No. 17-CR-22-LRR<br><br>**ORDER REGARDING MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On April 20, 2017, a one-count Indictment (docket no. 2) was filed against Defendant Albert Gunnard Linne, charging him with possession of a firearm and ammunition by a felon. On June 2, 2017, Defendant appeared before United States Chief Magistrate Judge C.J. Williams for a change of plea hearing. *See* June 2, 2017 Minute Entry (docket no. 20). During the hearing, Defendant denied knowing possession of the firearm, but admitted knowing possession of the ammunition. *See* Plea Transcript (docket no. 24) at 10-12. Defendant subsequently pled guilty to Count 1 of the Indictment with regard to possession of ammunition only. *See id*. at 25. On June 5, 2017, Judge Williams filed a Report and Recommendation (docket no. 21) in which he recommended that Defendant's guilty plea be accepted. In the Report and Recommendation, Judge Williams noted that "[D]efendant affirmatively denied knowing possession of the firearm, but admitted knowing possession of the ammunition." Report and Recommendation at 2.

On June 5, 2017, Defendant filed a Response to the Report and Recommendation (docket no. 22). In the Response, Defendant states that he "concurs with the recommendation . . . but believes it appropriate to more specifically identify [his] position regarding the firearm issue." Response at 1. Defendant explains that he knew "that there was a firearm inside a drawer in a bedroom of his house, but believed it to be locked inside

a gun case to which he did not possess a key." *Id*. at 1-2. Defendant ultimately "requests that the court accept the Report and Recommendation." *Id*. at 2. The court shall proceed to undertake the necessary review of Judge Williams's recommendation to accept Defendant's plea in this case.

## *II. ANALYSIS*

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Criminal Procedure 59(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions.

Fed. R. Crim. P. 59(b)(3).

In this case, Defendant seeks only to clarify the factual basis underlying the guilty plea. The court recognizes that the factual basis described in the Response is consistent with the record made at the change of plea hearing. Therefore, the court accepts Defendant's clarification as stated in the Response. Defendant ultimately requests that the court accept the Report and Recommendation as to acceptance of Defendant's guilty plea. It appears to the court upon review of Judge Williams's findings and conclusions that there is no ground to reject or modify them. Therefore, the court **ACCEPTS** Judge Williams's Report and Recommendation of June 5, 2017, with the clarification provided in the response, and **ACCEPTS** Defendant's plea of guilty in this case to Count 1 of the

Indictment.

**IT IS SO ORDERED.**

**DATED** this 10th day of July, 2017.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA